■ In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, v. ELMER A. CARTER et al.— Motion by the Grand Council of Columbia Associations in Civil Service for leave to intervene *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ 14 SECOND AVENUE REALTY CORP. v. ANNE STEVEN CORP. et al.— Motion for leave to reargue denied. The appeal from the judgment brings up for review both the order and the judgment. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CURTIS and ANTHONY MIRRA.— Motion to dismiss appeal granted. The orders of this court entered on February 8, 1962 are vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SANDY BROWN.— Enlargement of time granted. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

## (February 16, 1962)

■ CARNEGIE HALL CORPORATION v. POLA SCHREIBER et al.— Motion to dispense with printing and for an extension of time granted on the terms and conditions contained in the order to show cause, dated February 6, 1962. The order of this court entered on February 1, 1962 is modified accordingly. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.